B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois
**Case No. 13–47468**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| George Aris Giamalakis | Debbie Lynn Giamalakis |
| aka George A. Giamalakis | aka Debbie Giamalakis, fka Debbie |
| 300 E. Hummingbird Lane | Lynn Lopez |
| Lindenhurst, IL 60046 | 300 E. Hummingbird Lane |
| | Lindenhurst, IL 60046 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–0564                    xxx–xx–3241

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>March 19, 2014</u>                    <u>Jeffrey P. Allsteadt, Clerk</u>
                                         United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-47468-ABG
George Aris Giamalakis                                                Chapter 7
Debbie Lynn Giamalakis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin          Page 1 of 3          Date Rcvd: Mar 19, 2014
                             Form ID: b18          Total Noticed: 123

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2014.
db/jdb      +George Aris Giamalakis,   Debbie Lynn Giamalakis,   300 E. Hummingbird Lane,
             Lindenhurst, IL 60046-7900
21318619    +ADT Alarms,   PO Box 650485,   Dallas, TX 75265-0485
21318632    +AT&T Services, Inc.,   909 Chestnut Street,   Saint Louis, MO 63101-2017
21318633    +ATF,   3550 W. Pratt Avenue,   Lincolnwood, IL 60712-3745
21318620    +Advanced Dental Arts,   18931 W. Washington Street,   Suite 300,   Grayslake, IL 60030-1101
21318621    +Allergy & Asthma Consultants LTS,   36100 N. Brookside Drive #203,   Gurnee, IL 60031-4573
21318622    +Allied Interstate,   3000 Corporate Exchange Drive,   5th Floor,   Columbus, OH 43231-7723
21318624    +American National Sprinkler & Lighting,   924 Turret Court,   Mundelein, IL 60060-3821
21318626    +Anderson Pest Solutions,   501 W. Lake Street,   Suite 204,   Elmhurst, IL 60126-1419
21318627    +Anthem Health,   PO Box 70000,   Van Nuys, CA 91470-1000
21318629    +Ashebrook Homeowners Association,   PO Box 105302,   Atlanta, GA 30348-5302
21318634    +Athletico Ltd,   625 Enterprise Drive,   Oak Brook, IL 60523-8813
21318635    +Blatt Hasenmiller F L,   125 S. Wacker Drive #400,   Chicago, IL 60606-4440
21318636    +Blatt, Hasenmiller, Leibsker and Moore,,   125 S. Wacker Drive, Suite400,
             Chicago, IL 60606-4440
21318637    +Blitt & Gaines, P.C.,   661 W. Glenn Avenue,   Wheeling, IL 60090-6017
21318641    +Central Credit Services,   PO Box 15118,   Jacksonville, FL 32239-5118
21318642    +Certified Recovery, Inc.,   PO Box 808,   Eau Claire, WI 54702-0808
21318646    +Choice Recovery,   1550 Old Henderson Road Street,   Columbus, OH 43220-3662
21318647    +College of Lake County,   19351 W. Washington St,   Grayslake, IL 60030-1198
21318648    +Consolidated Pathology Consultants,   75 Remittance Drive,   Department 1895,
             Chicago, IL 60675-1895
21318652    +Country Place Homeowners Assn.,   750 Lake Cook Road,   # 190,   Buffalo Grove, IL 60089-2084
21318656    +David P. Duryea,   PO Box 9100,   Farmingdale, NY 11735-9100
21318657    +David T. Cohen & Associates, Ltd,   10729 W. 159th Street,   Orland Park, IL 60467-4531
21318658    +Diambri and Caravello,   300 Green Bay Road,   Highwood, IL 60040-1305
21318659    +Direct Merchants Bank,   17600 N. Perimeter Drive,   Scottsdale, AZ 85255-5435
21318663    +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
21318664    +EOS CCA,   PO Box 439,   Norwell, MA 02061-0439
21318660    +Echelon Recovery, Inc.,   P.O. Box 1880,   Voorhees, NJ 08043-7880
21318662    +Enhanced Recovery Co,   Po Box 3002,   Southeastern, PA 19398-3002
21318665     Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
21318666    +Equinox,   2720 S. River Road,   Suite 4,   Des Plaines, IL 60018-4109
21318667    +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
21318669    +First Federal Credit Control,   PO Box 20790,   Columbus, OH 43220-0790
21318668    +First Federal Credit Control,   1550 Old Henderson Road,   Columbus, OH 43220-3626
21318673    +Freedman Anselmo Lindberg LLC,   Po Box 3228,   Naperville, IL 60566-3228
21318674    +Global Medical Imaging S.C.,   25 Tower Court # A,   Gurnee, IL 60031-3318
21318675    +Global Medical Services,   25 Tower Court # A,   Gurnee, IL 60031-3318
21318679    +HSBC,   Attn: CLM FAP,   2929 Walden Avenue,   Depew, NY 14043-2690
21318680     IL Bone and Joint Institute,   5057 Paysphere Circle,   Chicago, IL 60674-0050
21318685    +LCA Collections,   Po Box 2240,   Burlington, NC 27216-2240
21318682     LabCorp,   Po Box 2240,   Burlington, NC 27216-2240
21318683    +Laboratory Corporation of America,   PO Box 2240,   Burlington, NC 27216-2240
21318684    +Law Offices of Diambri and Caravello,   300 Green Bar Road,   Highwood, IL 60040-1305
21318686    +Lou Harris & Company,   1040 S. Milwaukee Avenue, Suite 110,   Wheeling, IL 60090-6375
21318690    +MCSI Inc.,   7330 College Drive, Suite 108,   Palos Heights, IL 60463-1186
21318688    +Malcolm S. Gerald and Associates, Inc.,   332 South Michigan Avenue,   Suite 600,
             Chicago, IL 60604-4318
21318691    +Medical Eye Services LTD,   48 S. Greenleaf Avenue,   Gurnee, IL 60031-3372
21318692    +Metro Center for Health,   901 McClintock Drive,   Suite 202,   Willowbrook, IL 60527-0872
21318695    +Municipal Collection Services, Inc.,   7330 College Drive, Suite 108,,
             Palos Heights, IL 60463-1186
21318701    +Northshore Center For Gastroenterology,   1880 W. Winchester Road,   Libertyville, IL 60048-5336
21318702    +Northwestern Lake Forest Hospital,   660 North Westmoreland Road,   Lake Forest, IL 60045-1696
21318703    +Northwestern Medical Faculty Foundation,   38693 Eagle Way,   Chicago, IL 60678-1386
21318704    +Orion Anesthesia Associates PC,   PO Box 991,   Park Ridge, IL 60068-0991
21318708    +PNC Bank,   249 5th Avenue, Suite 30,   Pittsburgh, PA 15222-2707
21318706    +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
21318707    +PNC Bank,   PO Box 5570,   Cleveland, OH 44101-0570
21318709    +PNC Bank N.A,   1 Financial Parkway,   Kalamazoo, MI 49009-8002
21318705    +Peak Therapeutics, Ltd,   3545 Lake Avenue,   Wilmette, IL 60091-1058
21318713    +Professional Placement Services,   272 N. 12th Street,   PO Box 612,   Milwaukee, WI 53201-0612
21318714    +Professional Recovery Services,   PO Box 1880,   Voorhees, NJ 08043-7880
21318715    +Pulmonary Physicians of the North Shore,   2151 Waukegan Road, Suite 110,
             Deerfield, IL 60015-1886
21318716    +Receivables Performance Management,   1930 220th Street SE,   Suite 101,   Bothell, WA 98021-8410
21318717    +Robinson Heating & Cooling,   2413 Washington Street,   Waukegan, IL 60085-5064
21318718    +Round Lake Beach Police Department,   1947 N. Municipal Way,   Round Lake, IL 60073-4915
21318720    +SRA Associates,   401 Minnetonka Road,   Hi Nella, NJ 08083-2914
21318719    +Scotts Lawn Service Chicago North,   PO Box 388,   Marysville, OH 43040-0388
21318721    +Stephen J. Clark MD PC,   3021 Falling Waters Boulevard,   S-A,   Lindenhurst, IL 60046-6745

```
District/off: 0752-1          User: admin              Page 2 of 3          Date Rcvd: Mar 19, 2014
                             Form ID: b18              Total Noticed: 123
```

```
21318723     +Sunrise Credit Services Inc,    260 Airport Plaza,    P.O. Box 9100,    Farmingdale, NY 11735-9100
21318726      TCF Bank,    7801 Marquette Avenue,    Minneapolis, MN 55402
21318728     +TCF Banking & Savings,    801 Marquette Avenue,    Minneapolis, MN 55402-3475
21318729    ++TCF MORTGAGE CORPORATION,    801 MARQUETTE AVE,    ATTN BANKRUPTCY DEPARTMENT,    MAIL CODE 001-04-R,
               MINNEAPOLIS MN 55402-2807
              (address filed with court: TCF Mortgage Corporation,    Attn: Legal Dept,    801 Marquette Ave,
               Minneapolis, MN 55402)
21318730     +TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
21318731     +The Davey Tree Expert Company,    1500 N. Mantua Street,    Kent, OH 44240-2399
21318732     +The SC at 900 North Michigan,    LBX 619752,    PO Box 6197,    Chicago, IL 60680-6197
21318734     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21318739     +Village of Antioch,    874 Main Street,    Antioch, IL 60002-1577
21318740     +Village of Round Lake Beach,    1937 Municipal Way,    Round Lake, IL 60073-4915
21318743    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
               Frederick, MD 21701)
21318742     +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QJECOHEN.COM Mar 20 2014 00:53:00      Joseph E Cohen,    Cohen & Krol,
               105 West Madison Suite 1100,    Chicago, IL 60602-4600
21318623     +EDI: RMCB.COM Mar 20 2014 00:53:00      American Medical Collection Agency,
               4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
21318625     +E-mail/Text: bky@americanprofit.net Mar 20 2014 01:29:46      American Profit Recovery,
               34405 W. 12 Mile Road, Suite 379,    Farmington, MI 48331-5608
21318628     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Mar 20 2014 01:30:17      Armor Systems Corporation,
               1700 Kiefer Drive, Suite 1,    Zion, IL 60099-5105
21318630     +EDI: CINGMIDLAND.COM Mar 20 2014 00:53:00      At & T Mobility,    P.O. Box 6416,
               Carol Stream, IL 60197-6416
21318638     +EDI: AIS.COM Mar 20 2014 00:53:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
21318639     +EDI: CAPITALONE.COM Mar 20 2014 00:53:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
21318640     +E-mail/Text: bankruptcy@cavps.com Mar 20 2014 01:29:41      Cavalry Portfolio Services,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
21318644     +E-mail/Text: contact@csicollects.com Mar 20 2014 01:30:22      Certified Services, INC.,
               P.O. Box 177,    Waukegan, IL 60079-0177
21318643     +E-mail/Text: contact@csicollects.com Mar 20 2014 01:30:22      Certified Services, Inc.,
               1733 Washington Street Suite 2,    Waukegan, IL 60085-5192
21318645     +EDI: CHASE.COM Mar 20 2014 00:53:00      Chase *,    ATTN: Bankruptcy Department,    P.O. Box 15298,
               Wilmington, DE 19850-5298
21318649     +EDI: CONVERGENT.COM Mar 20 2014 00:53:00      Convergent Outsourcing, Inc,    800 SW 39th Street,
               PO Box 9004,    Renton, WA 98057-9004
21318650     +EDI: CONVERGENT.COM Mar 20 2014 00:53:00      Convergent Outsourcing, Inc.,
               10750 Hammerly Boulevard, #200,    Houston, TX 77043-2317
21318651     +EDI: CONVERGENT.COM Mar 20 2014 00:53:00      Convergent Outsourcing, Inc.,    PO Box 9004,
               Renton, WA 98057-9004
21318653     +EDI: RCSFNBMARIN.COM Mar 20 2014 00:53:00      Credit One Bank,    585 Pilot Rd,
               Las Vegas, NV 89119-3619
21318655     +EDI: RCSFNBMARIN.COM Mar 20 2014 00:53:00      Credit One Bank,    PO Box 740237,
               Atlanta, GA 30374-0237
21318654     +EDI: RCSFNBMARIN.COM Mar 20 2014 00:53:00      Credit One Bank,    P.O Box 98872,
               Las Vegas, NV 89193-8872
21318661     +E-mail/Text: bknotice@erccollections.com Mar 20 2014 01:29:02      Enhanced Recovery Co,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
21318670     +EDI: FSAE.COM Mar 20 2014 00:53:00      First Source Advantage,    PO Box 628,
               Buffalo, NY 14240-0628
21318671     +EDI: FSAE.COM Mar 20 2014 00:53:00      First Sources Advantage, LLC,    205 Bryant Woods South,
               Amherst, NY 14228-3609
21318677     +EDI: HFC.COM Mar 20 2014 00:53:00      HSBC,    PO Box 17332,    Baltimore, MD 21297-1332
21318676     +EDI: HFC.COM Mar 20 2014 00:53:00      HSBC,    One HSBC Center,    Buffalo, NY 14203-2885
21318678     +EDI: HFC.COM Mar 20 2014 00:53:00      HSBC,    Po Box 5213,    Carol Stream, IL 60197-5213
21318681     +E-mail/Text: ebankruptcy@arraysg.com Mar 20 2014 01:29:59      JC Christensen & Associates, Inc.,
               PO Box 519,    Sauk Rapids, MN 56379-0519
21318689     +EDI: MID8.COM Mar 20 2014 00:53:00      MCM,    Dept 12421,    PO Box 603,    Oaks, PA 19456-0603
21318693     +EDI: MID8.COM Mar 20 2014 00:53:00      Midland Credit Management, Inc.,    8875 Aero Drive,
               San Diego, CA 92123-2255
21318694     +EDI: MID8.COM Mar 20 2014 00:53:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
21318696     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:22      NCO Financial,
               507 Prudential Road,    Horsham, PA 19044-2368
21318697     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:23      NCO Financial System,
               507 Prudential Road,    Horsham, PA 19044-2368
21318698     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:23
               NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
21318700     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:23
               NCO Financial Systems, Inc.,    PO Box 15636,    Wilmington, DE 19850-5636
21318699     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:23
               NCO Financial Systems, Inc.,    PO NBox 15636,    Wilmington, DE 19850-5636
```

```
District/off: 0752-1          User: admin              Page 3 of 3          Date Rcvd: Mar 19, 2014
                             Form ID: b18              Total Noticed: 123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
21318710      EDI: PRA.COM Mar 20 2014 00:53:00       Portfolio Recovery Associates,  Po box 12914,
              Norfolk, VA 23541
21318711      EDI: PRA.COM Mar 20 2014 00:53:00       Portfolio Recovery Associates LLC,   PO Box 41067,
              Norfolk, VA 23541
21318712     +EDI: PRA.COM Mar 20 2014 00:53:00       Portfolio Recovery Associates, Inc,
              120 Corporate Boulevard,  Norfolk, VA 23502-4962
21318724     +EDI: AISTMBL.COM Mar 20 2014 00:53:00      T-Mobile,  12920 SE 38th Street,
              Bellevue, WA 98006-7305
21318725     +EDI: AISTMBL.COM Mar 20 2014 00:53:00      T-Mobile,  12929 SE 38th Street,
              Bellevue, WA 98006-1350
21318733      EDI: TFSR.COM Mar 20 2014 00:53:00      Toyota Motor Credit,  Toyota Financial Services,
              PO Box 8026,  Cedar Rapids, IA 52408
21332295      EDI: BL-TOYOTA.COM Mar 20 2014 00:53:00      Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,  POB 3001,  Malvern  PA 19355-0701
21318737     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:22      Transworld Systems,
              1375 E. Woodfield Road, #110,  Schaumburg, IL 60173-5423
21318735     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:22      Transworld Systems,
              2235 Mercury Way, Ste 275,  Santa Rosa, CA 95407-5463
21318738     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 20 2014 01:29:22      Transworld Systems Inc.,
              507 Prudential Road,  Horsham, PA 19044-2308
21318741     +EDI: WFFC.COM Mar 20 2014 00:53:00      Wells Fargo Bank, N.A.,   420 Montgomery Street,
              San Francisco, CA 94104-1298
21318744     +EDI: WFFC.COM Mar 20 2014 00:53:00      Wells Fargo Home Mortgage,   Po Box 10335,
              Des Moines, IA 50306-0335
                                                                              TOTAL: 44

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21318722      Sunrise Credit Services Inc,  260 Airport Plaza
21318727      TCF Bank,   5667 W. Touhy
21318631*     AT&T Mobility,   PO Box 6416,  Carol Stream, IL 60197-6416
21318672     ##+Freedman Anselmo Lindberg LLC,   1807 W. Diehl Road, Suite 333,  Naperville, IL 60563-1890
21318687     ##+Lou Harris Company,   613 Academy Drive,  Northbrook, IL 60062-2420
21318736     ##+Transworld Systems,   Po Box 12103,  Trenton, NJ 08650-2103
                                                                      TOTALS: 2, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2014 at the address(es) listed below:
```
              Joseph E Cohen    jcohen@cohenandkrol.com,
              jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Matteo A. Crawford    on behalf of Creditor   TCF NATIONAL BANK mcrawford@davidtcohenlaw.com,
              cfallara@davidtcohenlaw.com;jvanheel@davidtcohenlaw.com;smakowka@davidtcohenlaw.com
              Nathan C Volheim    on behalf of Joint Debtor Debbie Lynn Giamalakis courtinfo@sulaimanlaw.com,
              nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Debtor George Aris Giamalakis courtinfo@sulaimanlaw.com,
              nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
              ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 5
```